Sergio Sanchez<br>
c/o ABC<br>
Box 37635 Suite 10287<br>
Philadelphia, PA 19101<br>
s.sanchez@find.cr<br>
+852 8192-8125

March 25, 2019

Clerk, United States District Court
700 Stewart Street, Suite 2310
Seattle, WA 98101

[Stamp: FILED / LODGED / RECEIVED — MAIL — MAR 27 2019 — AT SEATTLE — CLERK U.S. DISTRICT COURT — WESTERN DISTRICT OF WASHINGTON — BY ___ DEPUTY]

In re: *Sergio Sanchez v. Evergrande Realestate Group Co., Ltd*

To the Clerk:

For filing, please find enclosed:

1. Civil Cover Sheet
2. ECF *Pro Se* registration
3. Declaration and Application to Proceed in Forma Pauperis
4. Complaint
5. Exhibits A, B, C, D, and E to the Complaint

I am not requesting a return copy of the action as I will download the documents from PACER.

At this time, I am not requesting a summons because I will request the defendant waive service.

Thank you for your assistance in this matter.

Very truly yours,

[signature]
Sergio Sánchez