**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 27, 2019

Sergio Sanchez
C/O ABC AGENTS
PO BOX 37635, STE 10287
PHILADELPHIA, PA 19101

Your civil action *Sanchez v. Evergrande Real Estate Gropu Co Ltd et al* was filed in the U.S. District Clerk's office at Seattle on March 27, 2019.

Your case has been assigned Case Number **2:19–cv–00469–JLR,** and has been assigned to Judge James L. Robart, Presiding Judge

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

WILLIAM M. MCCOOL, *Clerk*

s/*Deputy Clerk*

cc: file