**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

March 27, 2019

**SANCHEZ V. EVERGRANDE REAL ESTATE GROPU CO LTD ET AL**
Case # 2:19–cv–00469–JLR

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

**Copyright/Patent/Trademark Forms Omitted**
The Copyright/Patent/Trademark form(s) were omitted upon case opening. The form(s) should be emailed to the proper jurisdictional court and **cannot** be electronically filed. For Seattle cases, please email the form to newcases.seattle@wawd.uscourts.gov. For Tacoma cases, please email the form to newcases.tacoma@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file