UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SERGIO SANCHEZ, | ) | Case No. C19-0469 JLR |
| | ) | |
| v. | ) | |
| | ) | **RESPONSE TO ORDER TO** |
| EVERGRANDE REAL ESTATES GROUP CO., | ) | **SHOW CAUSE AND STATUS** |
| | ) | **REPORT** |
| Defendant. | ) | |

Plaintiff Sergio Sanchez ("Sanchez") responds to this Court's Order to Show Cause and provides the following status report.

1. Defendant is a corporation based in Beijing, China. Therefore, Rule 4(m) does not apply to service. *See* Fed. R. Civ. Proc. 4(m)("This subdivision (m) does not apply to service in a foreign country...."

2. That being said, Plaintiff recognizes his responsibility to move the case forward and, therefore, provides the following information to the Court.

3. To date, Plaintiff mailed waiver of service documents to the headquarters of Defendant hoping that, since they actually initiated administrative proceedings seeking a domain name, that they would wish to proceed promptly.

4. It is unclear whether Defendant actually received the documents because, in compliance with the spirit of mailing the waiver forms by First Class Mail (International) there is no tracking.

5. Because, as explained below, formal service under the *Hague* convention will take up to one year, Plaintiff will simultaneously remail the waiver via a tracked service to Defendant (and to its legal counsel who represented it during administrative proceedings) while <u>concurrently</u> obtaining a Summons and translation thereof for formal service through the Chinese central authority.

6. Formal service on Chinese corporations requires compliance with the *Hague* convention.  There are no other known choices presently available.

7. While Defendant stipulated to proceedings in English and court proceedings in Washington State, and notwithstanding no translation requirements being present in the governing treaty, the Chinese Central Authority will not accept the summons for service unless the Summons and Complaint and translated into modern Chinese.

8. Plaintiff, in discussing the matter with interpretation services, believes forty-five (45) days will be needed to accurately translate all of the documents and prepare them for transmission to the Chinese Central Authority in Beijing.

9. At that time, the Central Authority will conduct a review.  It is understood that the review will take between one and three months.

10. Thereafter, if the Central Authority accepts the documents, they will arrange service.

11. According to internet reports, the Central Authority takes between one and six months to actually serve the documents.

12. Thereafter, the Central Authority will provide a return of service.

13. Because of this, and assuming that Defendant does not waive service in the interim, the Plaintiff proposes to file a status report with this Court every sixty (60) days advising of the progress in this regard.

WHEREFORE, Plaintiff respectfully requests that the Order to Show Cause be Discharged and that the Court allow him to file a status report every sixty (60) days advising of the progress of service.

Respectfully submitted,

/s/ *Sergio Sanchez*

_____

Sergio Sanchez