UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>EVERGRANDE REAL ESTATE GROUP CO., LTD., et al.,<br><br>                    Defendants. | CASE NO. C19-0469JLR<br><br>SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that Plaintiff show cause by September 20, 2019, why this action should not be dismissed for failing to comply with Order requiring Status Report signed July 10, 2019, and due September 9, 2019 (Dkt. # 10). Absent a timely response to this

//

//

MINUTE ORDER - 1

1 | Order, the action SHALL BE DISMISSED without prejudice.

2 |     Filed and entered this 13th day of September, 2019.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2