IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ, | ) Case No.  C19-0469JLR |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EVERGRANDE REAL ESTATE GROUP CO., LTD., et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

STATUS REPORT AND RESPONSE TO SHOW CAUSE ORDER

Plaintiff Sergio Sanchez ("Sanchez"), *in pro per,* submits this Status Report and Response to the Show Cause Order:

1. Sanchez apologizes to this Court for the belated response in submitting a status report.  There was some difficulty in confirming the information with the translator.

2. As shown by the Declaration of Michael Sussman from ABC Agents, attached hereto, the translation will be ready in early October and the entire packet should be transmitted to the Central Authority for service in accordance with the Hague Convention no later than October 15, 2019.

3. Sanchez hopes to receive an update from the Central Authority within thirty (30) days from submission (acceptance notice or rejection notice).

4. Sanchez will be submitting the summons to the Clerk for issuance forthwith.

5. Sanchez will submit a status report no later than November 8, 2019.

Dated this 23rd day of September, 2019.

*/s/ Sergio Sanchez*
Sergio Sanchez