IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ, | ) Case No.  C19-0469JLR |
| Plaintiff, | ) |
| v. | ) |
| EVERGRANDE REAL ESTATE GROUP CO., LTD., et al, | ) |
| Defendants. | ) |

DECLARATION OF MICHAEL SUSSMAN

I, Michael Sussman, declare and state under the penalty for perjury that the following is true and correct to the best of my knowledge, information, and belief (28 USC 1746):

1. My name is Michael Sussman.  I am international process coordinator for ABC Agents, Inc.  We have been retained to serve process on the Defendant in this case.

2. We retained a China-based interpretor to complete a translation of the Complaint and documents for the Central Authority to submit service to under the Hague Convention.

3. We are advised that the interpretation will be finalized and edited no later than October 1, 2019.

4. We instructed the Plaintiff to submit the summons in this case so that this last page can be translated then the packet issued to the Central Authority by October 15, 2019.

5. There was a delay in receiving a response from our translator because they had a pre-arranged vacation for Autumn Day from September 12, 2019, through September 22, 2019.  We spoke with the translator yesterday and confirmed the above.

Dated this 23rd day of September, 2019.

                                                                           */s/ Michael Sussman*
Michael Sussman
ABC Agents  10287
Philadelphia PA  19106
(888) 554-7185   service@abcagents.net