IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ, | ) Case No.  C19-0469JLR |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| EVERGRANDE REAL ESTATE GROUP CO., LTD., et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |

PRAECIPE TO ISSUE SUMMONS

To the Clerk:

Please issue an executed version of the attached summons.


Dated this 23rd day of September, 2019.

Respectfully submitted,

*/s/ Sergio Sanchez*
Sergio Sanchez