UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SERGIO SANCHEZ,                 )   Case No. C19-0469 JLR
                                )
         v.                     )
                                )   **STATUS REPORT**
EVERGRANDE REAL ESTATES GROUP CO., )
                                )
         Defendant.             )

Plaintiff Sergio Sanchez ("Sanchez") provides this status report:

1. Defendant is a corporation based in Beijing, China. Therefore, Rule 4(m) does not apply to service. <u>See</u> Fed. R. Civ. Proc. 4(m)("This subdivision (m) does not apply to service in a foreign country....")

2. On November 18, 2019, Plaintiff mailed the China Central Bureau its form, "Request for Service Abroad of Judicial or Extrajudicial Documents" which trigger the process of that country's procedure for initiating a proceeding through a local court to serve the process on the defendant.

Respectfully submitted,

/s/ *Sergio Sanchez*
_____
Sergio Sanchez