UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ, | CASE NO. C19-0469JLR |
| Plaintiff, | SHOW CAUSE MINUTE ORDER |
| v. | |
| EVERGRANDE REAL ESTATE GROUP CO., LTD., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that Plaintiff show cause by February 7, 2020, why this action should not be dismissed for failing to comply with Order requiring Status Report signed July 10, 2019, which requires Plaintiff to file a Status Report every 60 days advising on the progress of service (Dkt. # 10). Plaintiff's last Status Report was filed November 18, 2019 (Dkt. # 15). More than 60 days have elapsed since the last Status

MINUTE ORDER - 1

Report, and to date, Plaintiff has not filed another Status Report. Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 31st day of January, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2