**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| SERGIO SANCHEZ, | ) | Case No. C19-0469 JLR |
| | ) | |
| v. | ) | |
| | ) | **STATUS REPORT AND** |
| EVERGRANDE REAL ESTATES GROUP CO., | ) | **RESPONSE TO SHOW CAUSE** |
| | ) | |
| Defendant. | ) | |

Plaintiff Sergio Sanchez ("Sanchez") provides this status report:

Plaintiff continues to await a response from the International Legal Cooperation Center of the Ministry of Justice of China Acting as the Chinese Central Authority for the Hague Service Convention. Plaintiff understands that this process ordinarily takes a minimum of six to nine months, but could exceed one year. Plaintiff notes that counsel for the Defendant contacted the attorney who represented Plaintiff in the non-judicial proceedings asking about the time for service, and she asked counsel if they were willing to waive service. China-based counsel for Defendant did not respond, but is aware of this proceeding.

Respectfully submitted,

/s/ *Sergio Sanchez*
_____
Sergio Sanchez