UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EVERGRANDE REAL ESTATE GROUP CO., LTD., et al.,<br><br>　　　　　　Defendants. | CASE NO. C19-0469JLR<br><br>SHOW CAUSE MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that Plaintiff show cause by June 19, 2020, why this action should not be dismissed for failing to comply with Order requiring Status Report signed July 10, 2019, which requires Plaintiff to file a Status Report every 60 days advising on the progress of service (Dkt. # 10). Plaintiff's last Status Report was filed February 4, 2020 (Dkt. # 17). More than 60 days have elapsed since the last Status

MINUTE ORDER - 1

1  Report, and to date, Plaintiff has not filed another Status Report.  Absent a timely
2  response to this Order, the action SHALL BE DISMISSED without prejudice.
3      Filed and entered this 9th day of June, 2020.

    WILLIAM M. MCCOOL
    Clerk of Court

    s/ Ashleigh Drecktrah
    Deputy Clerk

MINUTE ORDER - 2