**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | | |
|---|---|---|
| SERGIO SANCHEZ, | ) | Case No. C19-0469 JLR |
| | ) | |
| v. | ) | |
| | ) | **RESPONSE TO ORDER TO** |
| EVERGRANDE REAL ESTATES GROUP CO., | ) | **SHOW CAUSE AND STATUS** |
| | ) | **REPORT** |
| Defendant. | ) | |

Plaintiff Sergio Sanchez ("Sanchez") responds to this Court's Order to Show Cause and provides the following status report.

1. Presently before the Court is a lawsuit against a Chinese corporation that, after losing an initial domain name dispute proceeding, filed an unauthorized second proceeding before a different forum to achieve a favorable result.

2. The COVID situation has caused delays in transportation, services, and business – even though the government in Nicaragua, where he presently resides, is not recognizing the pandemic. Plaintiff's delay has been as a result of the inability to access an internet cafe and properly submit his pleading. Plaintiff now has access and future reports should be timely pursuant to this Court's directives.

3. The suit must be litigated in Washington State, United States pursuant to the terms of the domain name agreement with Epik Inc., located in Everett, Washington.

4. It appears from researching other cases that, prior to COVID-19, the central authority

      for service in China was up to a one to two year wait in providing responses.  *See* Exhibit A (status affidavit in unrelated case discussing norms of service).

5. It is unclear whether the COVID situation further delayed this process, but the delay appears to be normal.

WHEREFORE, Plaintiff respectfully requests that this Court discharge the Show Cause Order and a new status report will be filed within (60) days.

Respectfully submitted,

/s/ *Sergio Sanchez*

_____

Sergio Sanchez