**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | | |
|---|---|---|
| SERGIO SANCHEZ, | ) | Case No. C19-0469 JLR |
| | ) | |
| v. | ) | |
| | ) | |
| EVERGRANDE REAL ESTATES GROUP CO., | ) | **STATUS REPORT** |
| | ) | |
| Defendant. | ) | |

Plaintiff Sergio Sanchez ("Sanchez") provides the following status report.

1. Presently before the Court is a lawsuit against a Chinese corporation that, after losing an initial domain name dispute proceeding, filed an unauthorized second proceeding before a different forum to achieve a favorable result.

2. The suit must be litigated in Washington State, United States pursuant to the terms of the domain name agreement with Epik Inc., located in Everett, Washington.

3. We continue to wait for the Central Bureau in China to respond.  Based on information, they maintain a multi-year backlog.

4. It is unclear whether the COVID situation further delayed this process, but the delay in this case appears  normal despite the length thereof.

Respectfully submitted,

/s/ *Sergio Sanchez*

_____
Sergio Sanchez