UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ,<br><br>                  Plaintiff,<br><br>          v.<br><br>EVERGRANDE REAL ESTATE GROUP CO. LTD., et al.,<br><br>                  Defendants. | CASE NO. C19-0469JLR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

On July 10, 2019, the court issued an order instructing Plaintiff Sergio Sanchez to file a status report every 60 days advising on the progress of his attempts at serving foreign Defendant Evergrande Real Estate Group Co. Ltd.[1]  (7/10/19 Order (Dkt. # 10) at 3.)  Since the court issued this order, Plaintiff has repeatedly failed to file a status report in the proper time frame.  (*See* 9/13/19 Min. Order (Dkt. # 11) (instructing Mr. Sanchez

---

[1] Nominal Defendant Central American Domain Authority Ltd. filed a waiver of service. (Waiver (Dkt. # 9).)

ORDER - 1

1 | to show cause why this case should not be dismissed for failure to comply with the
2 | 7/10/19 Order); 1/31/20 Min. Order (Dkt. # 16) (same); 6/17/20 Min. Order (Dkt. # 18)
3 | (same).)  Most recently, the court ordered Mr. Sanchez to show cause by December 17,
4 | 2020, why this case should not be dismissed for failing to comply with the court's order
5 | to file status reports.  (12/3/20 Min. Order (Dkt. # 22).)  Mr. Sanchez has not filed a
6 | status report or a response to the court's order.  (*See generally* Dkt.)
7 |     Thus, the court finds it proper to DISMISS Mr. Sanchez's complaint (Dkt. # 5)
8 | without prejudice.
9 |     Dated this 15th day of January, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2