# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SERGIO SANCHEZ,<br><br>    Plaintiff,<br><br> v.<br><br>EVERGRANDE REAL ESTATE GROUP CO. LTD., et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-0469JLR |

\_\_\_   **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 The complaint (Dkt. # 5) is dismissed without prejudice because of Mr. Sanchez's failure to provide the court with status reports on the progress of his attempts at serving Defendant Evergrande Real Estates Group Co. Ltd.  (*See* 1/15/21 Order (Dkt. # 23).)

 Filed this 15th day of January, 2021.

              WILLIAM M. MCCOOL
              Clerk of Court

              s/ Ashleigh Drecktrah
              Deputy Clerk